IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTEL SPECTRUM ACQUISITION CORPORATION,<br>2001 Edmund Halley Drive<br>Reston, VA 20191,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC.,<br>63 Flushing Avenue<br>Brooklyn, NY 11205-1078,<br><br>　　　　　　　　Defendant. | Civil Action No.: |

**DISCLOSURE STATEMENT OF HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Hispanic Information and Telecommunications Network, Inc. ("HITN"), a New York not-for-profit corporation, certify that to the best of counsels' knowledge and belief, HITN has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: March 19, 2007

/s/ Eunnice Eun
Eunnice H. Eun (DC Bar # 500203)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone:   (202) 879-5000
Facsimile:    (202) 879-5200

William H. Pratt
Joseph Serino, Jr.
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

Rudolph J. Geist (DC Bar # 461064)
RJGLAW LLC
1010 Wayne Avenue, Suite 950
Silver Spring, Maryland 20910
Telephone:   (301) 589-2999
Facsimile:    (301) 589-2644

*Attorneys for Hispanic Information and Telecommunications Network, Inc.*