IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTEL SPECTRUM ACQUISITION CORP., <br><br> Plaintiff, <br><br> vs. <br><br> HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC., <br><br> Defendant. | Civil Action No. 1:07-CV-00543-RMC <br><br> Judge Rosemary M. Collyer <br><br> ORAL ARGUMENT REQUESTED |

**DEFENDANT HITN'S REQUEST FOR ORAL ARGUMENT
ON ITS MOTION TO DISMISS**

Defendant Hispanic Information and Telecommunications Network, Inc. ("HITN") hereby moves this Court to set a date and time for oral argument on HITN's Motion to Dismiss dated March 26, 2007. On May 14, 2007, the Court accepted for filing plaintiff's First Amended Complaint. Notwithstanding that, HITN stands on the papers in support of its now fully-briefed Motion to Dismiss with respect to the First Amended Complaint. As explained in HITN's Reply in Support of Its Motion to Dismiss dated April 16, 2007, and in HITN's Opposition to Plaintiff's Motion for Leave to File First Amended Complaint dated April 16, 2007, the new allegations in the First Amended Complaint do not have any effect on the legal principles and arguments at issue in the Motion to Dismiss. Nor do those allegations alter the conclusion that the First Amended Complaint fails to state a claim for relief under Rule 12(b)(6) and should, therefore, be dismissed.

Dated: May 17, 2007

Respectfully submitted,

/s/ Eunnice H. Eun
Eunnice H. Eun (DC Bar #500203)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone:   (202) 879-5000
Facsimile:   (202) 879-5200

William H. Pratt
Joseph Serino, Jr.
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

Rudolph J. Geist (DC Bar # 461064)
RJGLAW LLC
1010 Wayne Avenue, Suite 950
Silver Spring, MD 20910
Telephone:  (301) 589-2999
Facsimile:   (301) 589-2644

*Attorneys for Defendant Hispanic Information and Telecommunications Network, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTEL SPECTRUM ACQUISITION CORP., <br><br> Plaintiff, <br><br> vs. <br><br> HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC., <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 1:07-CV-00543-RMC <br> ) <br> ) Judge Rosemary M. Collyer <br> ) <br> ) ORAL ARGUMENT REQUESTED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

Upon consideration of Defendant HITN's Request for Oral Argument on its Motion to Dismiss, it is hereby ORDERED that the parties shall appear before this Court for oral argument on the ____ day of _____ 2007 at _____.


So Ordered this _____ day of _____, 2007.


_____
U.S. District Judge Rosemary M. Collyer