IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEXTEL SPECTRUM ACQUISITION
CORPORATION,

    Plaintiff,

v.

HISPANIC INFORMATION
AND TELECOMMUNICATIONS NETWORK,

    Defendant.

Civil Action No.: 1:07-CV-00543-RMC

## **RULE 16.3 REPORT**

Pursuant to Fed. R. Civ. P. 16(b), Fed. R. Civ. P. 26 and Local Rule 16.3, the parties submit the following information and proposed deadlines:

    (A)    Conference: On May 30, 2007, the parties held a telephone conference during which each of the matters set forth below were discussed. Participating in the conference on behalf of Plaintiff were Craig S. O'Dear, Robert J. Hoffman and Jim Lawrence of Bryan Cave LLP. Participating on behalf of Defendant was Joe Serino of Kirkland & Ellis LLP.

    (B)    Issues: This case involves the alleged breach of a lease agreement between Plaintiff and Defendant. More specifically, Plaintiff alleges that its right of first refusal under the lease was triggered and breached by a series of agreements between Defendant and third parties. Defendant denies these allegations.

    (C)    Discovery: Subject to Defendant's reservation of its right to seek to stay some or all discovery, the parties have agreed to the following discovery deadlines:

        (1)    Fed. R. Civ. P. 26(a)(1) Disclosures: The parties have agreed to exchange Initial Disclosures required under Rule 26(a)(1)(A) on or before June 29,

2007.

(2) <u>Fed. R. Civ. P. 26(a)(2) Expert Disclosures</u>: The parties have agreed to make known the identities of any experts that the parties intend to call in support of their claims and defenses as follows:

    (a) Plaintiff shall provide Fed. R. Civ. P. 26(a)(2) disclosures on or before January 21, 2008.

    (b) Defendant shall provide Fed. R. Civ. P. 26(a)(2) disclosures on or before February 20, 2008.

    (c) All expert depositions must be completed by March 20, 2008.

(3) <u>Fact Discovery</u>: The parties have agreed that all fact discovery must be completed on or before January 20, 2008.

(D) <u>Additional Local Rule 16.3 Matters</u>: The parties have also agreed to the following matters:

(1) The parties have agreed that this case should not be assigned to a magistrate judge for all purposes.

(2) The parties have agreed that this case would not benefit from the Court's ADR procedures at this time.

(3) The parties have agreed that any other parties shall be joined and/or the pleadings otherwise amended on or before August 30, 2007.

(4) The parties have agreed that the trial of the matter would not benefit from being bifurcated.

(5) The parties have agreed that a protective order is appropriate and expect to submit a joint motion for the entry of a protective order and proposed

protective order for the Court's consideration.

(6) The parties have agreed that a Pretrial Conference should be held on or about August 4, 2008.

(7) <u>Dispositive Motions</u>:  The parties have agreed to the following dispositive motion deadlines:

    (a) Dispositive motions shall be filed no later than April 21, 2008.

    (b) Opposition to any dispositive motion shall be filed no later than May 20, 2008.

    (c) Reply in support of any dispositive motion shall be filed no later than June 4, 2008.

(8) The parties have agreed that a trial date should be set on or about the week of October 6, 2008.

Respectfully submitted,

BRYAN CAVE LLP

/s/ Rodney F. Page
Rodney F. Page (D.C. Bar #37994)
700 Thirteenth Street, N.W.
Suite 700
Washington, D.C. 20005-3960
Telephone: (202) 508-6000
Facsimile: (202) 508-6200

Craig S. O'Dear
Robert J. Hoffman
James D. Lawrence
3500 One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
Telephone: (816) 374-3200
Facsimile: (816) 374-3300

ATTORNEYS FOR PLAINTIFF


KIRKLAND & ELLIS LLP

/s/ Eunnice H. Eun
Eunnice H. Eun (D.C. Bar #500203)
655 Fifteenth Street, N.W.
Washington, DC 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Joseph Serino, Jr.
Citigroup Center, 153 East 53rd Street
New York, New York 10022-4675
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEXTEL SPECTRUM ACQUISITION
CORPORATION,

    Plaintiff,

        v.

HISPANIC INFORMATION
AND TELECOMMUNICATIONS NETWORK,

    Defendant.

Civil Action No.: 1:07-CV-00543-RMC

## **PROPOSED SCHEDULING ORDER**

Upon consideration of the Rule 16.3 Report submitted by the parties hereto, and after consideration of the matters discussed at the scheduling conference herein on _____, the Court hereby issues this scheduling order to govern future proceedings of this matter as follows:

| Date | |
|---|---|
| June 29, 2007 | Deadline for parties to exchange Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1). |
| August 30, 2007 | Deadline to join additional parties or otherwise amend pleadings. |
| January 20, 2008 | All fact discovery must be completed. |
| January 21, 2008 | Plaintiff shall provide Fed. R. Civ. P. 26(a)(2) expert disclosures |
| February 20, 2008 | Defendant shall provide Fed. R. Civ. P. 26(a)(2) expert disclosures. |
| March 20, 2008 | All expert discovery must be completed. |
| April 21, 2008 | Dispositive motions deadline. |

| | |
|---|---|
| May 20, 2008 | Opposition to any dispositive motion deadline. |
| June 4, 2008 | Reply in support of any dispositive motion deadline. |
| August 4, 2008 | Pretrial conference. |
| Week of October 6, 2008 | Trial. |

A party may move to extend any of the foregoing deadlines for good cause shown.


DATED:_____          _____
                                                United States District Judge