# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NEXTEL SPECTRUM ACQUISITION
CORP.,

      Plaintiff,

  vs.

HISPANIC INFORMATION AND
TELECOMMUNICATIONS NETWORK, INC.,

      Defendant.

Civil Action No. 1:07-CV-00543-RMC

Judge Rosemary M. Collyer

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), David R. Dempsey hereby gives notice of his entry of appearance on behalf of Hispanic Information and Telecommunications Network, Inc.

DATED:  June 15, 2007

        Respectfully submitted,

        David R. Dempsey, #502615
        KIRKLAND & ELLIS LLP
        655 Fifteenth Street, N.W.
        Washington, D.C. 20005
        Telephone:  (202) 879-5000
        E-mail: ddempsey@kirkland.com

        *Attorney for Defendant*
        *Hispanic Information and*
        *Telecommunications Network, Inc.*