# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTEL SPECTRUM ACQUISITION CORP., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HISPANIC INFORMATION AND )<br>TELECOMMUNICATIONS NETWORK, )<br>INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-CV-00543-RMC<br><br>Judge Rosemary M. Collyer |

## MOTION OF DEFENDANT HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC. FOR ADMISSION PRO HAC VICE

Pursuant to LCvR 83.2 and the attached declaration, Defendant Hispanic Information and Telecommunications Network, Inc. ("HITN") moves this Court for the admission of Joseph Serino, Jr. of the law firm of Kirkland & Ellis LLP to represent HITN in this case. Mr. Serino is a member in good standing of the following bars: the State of New York, the State of Illinois, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, and the United States District Court for the District of Colorado. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Serino should this Motion be granted.

Dated: July 19, 2007                                    Respectfully submitted,

                                                        /s/ David R. Dempsey
                                                        David R. Dempsey (DC Bar #502615)
                                                        KIRKLAND & ELLIS LLP
                                                        655 Fifteenth Street, N.W.
                                                        Washington, D.C.  20005-5793
                                                        Telephone:   (202) 879-5000
                                                        Facsimile:    (202) 879-5200
                                                        *Counsel for Defendant Hispanic
                                                        Information and Telecommunications
                                                        Network, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTEL SPECTRUM ACQUISITION CORP., <br><br> Plaintiff, <br><br> vs. <br><br> HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-CV-00543-RMC <br> ) <br> ) Judge Rosemary M. Collyer <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF JOSEPH SERINO, JR.
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Joseph Serino, Jr., declare under penalty of perjury that the following is true and correct:

1. I am a partner in the New York office of the law firm Kirkland & Ellis LLP. My firm has been retained to represent Defendant Hispanic Information and Telecommunications Network, Inc. ("HITN") in the above-referenced matter.

2. I am admitted to practice in, and am a member in good standing of the following bars: the State of New York, the State of Illinois, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Northern District of Illinois, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, and the United States District Court for the District of Colorado.

3. I have not been disciplined by any bar.

2

    4.       I have never been admitted *pro hac vice* in this Court.

    5.       I am familiar with the law, facts, and procedure relating to the subject matter of this litigation.

    6.       I will act as co-counsel for HITN with David R. Dempsey, DC #502615, an associate in the Washington, D.C. office of Kirkland & Ellis LLP, who is a member in good standing of the bar of this Court.


Executed:    July 19, 2007                       /s/ Joseph Serino, Jr.
                                                    JOSEPH SERINO, JR.
                                                    Kirkland & Ellis LLP
                                                    153 East 53rd Street
                                                    New York, New York 10022-4611
                                                    (212) 446-4913

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NEXTEL SPECTRUM ACQUISITION CORP., <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC., <br><br>　　　　Defendant. | ) ) ) ) ) ) Civil Action No. 1:07-CV-00543-RMC ) ) Judge Rosemary M. Collyer ) ) ) ) ) ) ) |

**<u>ORDER REGARDING ATTORNEY ADMISSION</u>**

　　　　The motion of Defendant Hispanic Information and Telecommunications Network, Inc. for the admission *pro hac vice* of Joseph Serino, Jr. is, this the ____ day of _____, 2007, hereby granted.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Rosemary M. Collyer
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge