IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NEXTEL SPECTRUM ACQUISITION
CORPORATION,

    Plaintiff,

v.

HISPANIC INFORMATION
AND TELECOMMUNICATIONS NETWORK,

    Defendant.

Civil Action No.: 1:07-CV-00543-RMC
Judge Rosemary M. Collyer

## PLAINTIFF NEXTEL SPECTRUM ACQUISITION CORP.'S
## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule LCvR 83.2 of the rules of this Court, Rodney F. Page, counsel for Plaintiff Nextel Spectrum Acquisition Corp. ("NAC"), respectfully moves this Court to allow James D. Lawrence to appear *pro hac vice* for the purpose of serving in all respects as co-counsel for NAC in this matter. The undersigned who is a member of good standing of the bar of this Court, shall act as co-counsel with Mr. Lawrence should this Motion be granted. The attached Declaration of Mr. Lawrence, containing the information required by Rule LCvR 83.2(d), is submitted in support of this Motion.

Dated:  August 9, 2007

                                      Respectfully submitted,

                                      **BRYAN CAVE LLP**

                                      /s/ Rodney F. Page
                                      Rodney F. Page (D.C. Bar #37994)
                                      700 Thirteenth Street, N.W.
                                      Suite 700
                                      Washington, D.C.  20005-3960
                                      Telephone:  (202) 508-6000
                                      Facsimile:  (202) 508-6200

                                      Craig S. O'Dear
                                      Robert J. Hoffman
                                      James D. Lawrence
                                      3500 One Kansas City Place
                                      1200 Main Street
                                      Kansas City, Missouri 64105
                                      Telephone:  (816) 374-3200
                                      Facsimile:  (816) 374-3300

                                      ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTEL SPECTRUM ACQUISITION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK,<br><br>    Defendant. | Civil Action No.: 1:07-CV-00543-RMC |

**DECLARATION OF JAMES D. LAWRENCE IN SUPPORT OF**
**<u>MOTION FOR ADMISSION PRO HAC VICE</u>**

I, James D. Lawrence, declare under penalty of perjury that the following is true and correct:

1. I am an associate in the Kansas City office of the law firm Bryan Cave LLP, which is located at 3500 One Kansas City Place, 1200 Main Street, Kansas City, Missouri 64105. My telephone number is (816) 374-3200. My firm has been retained to represent Nextel Spectrum Acquisition Corporation ("NAC") in the above-referenced matter.

2. I am admitted to practice in, and am a member in good standing of the following bars: the States of Missouri, Kansas, and New York, and the United States District Courts for the District of Kansas, Western District of Missouri, and Eastern and Southern Districts of New York.

3. I have not been disciplined by any bar.

4. I have never been admitted *pro hac vice* in this Court.

5. I am familiar with the law, facts, and procedure relating to the subject matter of this litigation.

6. I will act as co-counsel for NAC with Rodney F. Page, D.C. Bar #37994, a partner in the Washington, D.C. office of Bryan Cave LLP, who is a member in good standing of the bar of this Court.

Executed: August 8, 2007

James D. Lawrence
Bryan Cave LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105

Telephone: (816) 374-3200
Facsimile: (816) 374-3300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTEL SPECTRUM ACQUISITION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, <br><br> Defendant. | Civil Action No.: 1:07-CV-00543-RMC <br> Judge Rosemary M. Collyer |

## ORDER REGARDING ATTORNEY ADMISSION

The Motion of Plaintiff Nextel Spectrum Acquisition Corporation for the admission *pro hac vice* of James D. Lawrence is hereby granted, this ____ day of _____, 2007.

                                                  _____
                                                  Hon. Rosemary M. Collyer
                                                  United States District Judge