**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NEXTEL SPECTRUM ACQUISITION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-543 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before the Court on Defendant Hispanic Information and Telecommunications Network, Inc.'s Motion to Dismiss Plaintiff Nextel Spectrum Acquisition Corporation's First Amended Complaint for Specific Performance, Injunctive and Other Relief. For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, it is hereby

**ORDERED** that HITN's Motion to Dismiss [Dkt. #3] is **GRANTED**. This is a final appealable order. *See* Fed. R. App. P. 4(a). This case is closed.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: August 29, 2007