UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEXTEL SPECTRUM ACQUISITION CORPORATION,  Plaintiff,  v.  HISPANIC INFORMATION AND TELECOMMUNICATIONS NETWORK, INC.,  Defendant. | Civil Action No. 07-543 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiff's Motion to Vacate, Alter or Amend Judgment Dismissing First Amended Complaint [Dkt. # 20] is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's motion for leave to file a Second Amended and Supplemental Complaint for Specific Performance, Injunctive and Other Relief, *see* Pl.'s Mot. to Vacate, Alter or Amend, Ex. A, is **DENIED**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: July 31, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge